1       IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF MISSOURI
2                 WESTERN DIVISION

3
UNITED STATES OF AMERICA,  )
4                          )
        Plaintiff,         )  CASE NO.: 4:13-CR-00319-DW-03
5    V.                    )  JUNE 30, 2015
                           )  KANSAS CITY, MISSOURI
6  MICHAEL SMITH,          )  CRIMINAL
                           )
7        Defendant.        )
   _____
8

9              TRANSCRIPT OF PROCEEDINGS

10                    SENTENCING

11      BEFORE THE HONORABLE DEAN WHIPPLE
        UNITED STATES SENIOR DISTRICT JUDGE
12

13
                       APPEARANCES
14
   For Plaintiff:          Ms. Kathleen D. Mahoney
15                          United States Attorney's Office
                            400 East Ninth Street
16                          Kansas City, Missouri 64106

17 For Defendant:          Ms. Lisa Nouri
                            2526 Holmes
18                          Kansas City, Missouri 64108

19 For Probation and Pretrial: Mr. Johnathan M. Smith

20 Proceedings recorded by machine shorthand recording,
   transcript produced by computer-aided transcription.
21
                  Sandra D. Lamken, CCR, RPR
22          United States District Court Reporter
            Charles Evans Whittaker Courthouse
23               400 East Ninth Street
            Kansas City, Missouri 64106
24                  816-512-5622

25

| | |
|---|---|
| | 1 |
| | 2 |
| 11:06:00 | 3 |
| 11:06:00 | 4 |
| 11:06:04 | 5 |
| 11:06:05 | 6 |
| 11:06:06 | 7 |
| 11:06:10 | 8 |
| 11:06:11 | 9 |
| 11:06:13 | 10 |
| 11:06:16 | 11 |
| 11:06:16 | 12 |
| 11:06:17 | 13 |
| 11:06:21 | 14 |
| 11:06:26 | 15 |
| 11:06:28 | 16 |
| 11:06:28 | 17 |
| 11:06:31 | 18 |
| 11:06:32 | 19 |
| 11:06:33 | 20 |
| 11:06:35 | 21 |
| 11:06:41 | 22 |
| 11:06:48 | 23 |
| 11:06:53 | 24 |
| 11:06:56 | 25 |

JUNE 30, 2015

*(The following hearing was held in open court beginning at 11:05 a.m., counsel and defendant present:)*

THE COURT:  Good morning.  Please be seated.

MS. MAHONEY:  Good morning.

MS. NOURI:  Good morning, Your Honor.

THE COURT:  Are we ready on Mr. Smith's case?

MS. NOURI:  We are, Your Honor.

THE COURT:  All right.  Mr. Smith, would you come up to the podium with your attorney while I call this case for hearing?

*(So done.)*

THE COURT:  The Court will call Case Number 13-00319-03, *United States of America vs. Michael Smith.*

Are you Michael Smith?

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  And you're represented by Ms. Lisa Nouri; is that correct?

THE DEFENDANT:  Yes.

THE COURT:  Mr. Smith, you appeared in front of me last November, on November the 3rd, 2014, and pled guilty to Count One of a multi-count, multi-defendant charge.  You pled guilty to Conspiracy to Commit Use of Fire in a Federal Crime, Arson, Mail Fraud, and Wire Fraud.

I questioned you under oath concerning that offense,

| | | |
|---|---|---|
| 11:06:59 | 1 | accepted your plea of guilty, and ordered a presentence |
| 11:07:03 | 2 | investigation to assist us in determining what would be an |
| 11:07:06 | 3 | appropriate sentence. |
| 11:07:07 | 4 | Now that presentence report is done and you should |
| 11:07:10 | 5 | have received a copy of it.  Did you? |
| 11:07:12 | 6 | THE DEFENDANT:  Yes, sir. |
| 11:07:13 | 7 | THE COURT:  Have you had it for at least |
| 11:07:15 | 8 | fourteen days? |
| 11:07:16 | 9 | THE DEFENDANT:  Yes, Your Honor. |
| 11:07:16 | 10 | THE COURT:  Now I need to ask your attorney, |
| 11:07:19 | 11 | Ms. Nouri, do you know of any additions or corrections we need |
| 11:07:22 | 12 | to address? |
| 11:07:24 | 13 | MS. NOURI:  No, Your Honor. |
| 11:07:25 | 14 | THE COURT:  All right.  Now, Mr. Smith, at the time |
| 11:07:32 | 15 | I took your plea of guilty I discussed with you the fact that |
| 11:07:36 | 16 | we use these Federal Sentencing Guidelines to determine an |
| 11:07:39 | 17 | appropriate sentence.  That was also done in this presentence |
| 11:07:44 | 18 | report. |
| 11:07:44 | 19 | In this presentence report it shows a total offense |
| 11:07:48 | 20 | level of twenty-one points.  It shows you have a criminal |
| 11:07:52 | 21 | history category of one.  The Guidelines suggest a sentencing |
| 11:07:56 | 22 | range of thirty-seven to forty-six months.  Any period of |
| 11:08:00 | 23 | incarceration to be followed by one to three years' supervised |
| 11:08:04 | 24 | release.  The fine range is $7,500 to $75,000, and the |
| 11:08:10 | 25 | restitution is indicated in the amount of $50,764.51.  There |

| | | |
|---|---|---|
| 11:08:25 | 1 | must be a one-hundred-dollar special assessment. |
| 11:08:27 | 2 | That appears to be the applicable guidelines.  Is |
| 11:08:32 | 3 | there any objections to the calculations by the government? |
| 11:08:34 | 4 | MS. MAHONEY:  No, Your Honor. |
| 11:08:35 | 5 | THE COURT:  Ms. Mahoney, I was trying to look as I |
| 11:08:39 | 6 | was reading that, there's no forfeiture, preliminary |
| 11:08:43 | 7 | forfeiture judgment, for this defendant? |
| 11:08:46 | 8 | MS. MAHONEY:  There should have been. |
| 11:08:48 | 9 | THE COURT:  I'm looking here. |
| 11:08:50 | 10 | MS. NOURI:  There was. |
| 11:08:50 | 11 | MS. MAHONEY:  I believe there was, Your Honor. |
| 11:08:53 | 12 | THE COURT:  All right.  Here's restitution and that |
| 11:09:00 | 13 | 50,000. |
| 11:09:00 | 14 | MS. MAHONEY:  Your Honor, I believe we filed a joint |
| 11:09:04 | 15 | preliminary order -- or a preliminary motion for all the |
| 11:09:08 | 16 | defendants. |
| 11:09:09 | 17 | THE COURT:  For the same amount? |
| 11:09:11 | 18 | MS. MAHONEY:  Yes, Your Honor, for the money |
| 11:09:14 | 19 | judgment. |
| 11:09:15 | 20 | THE COURT:  All right. |
| 11:09:16 | 21 | MS. MAHONEY:  Yes.  And Ms. Nouri has a copy. |
| 11:09:18 | 22 | THE COURT:  Could it be in that plea agreement? |
| 11:09:21 | 23 | MS. NOURI:  No, Your Honor. |
| 11:09:21 | 24 | THE COURT:  I don't have it anywhere in my files. |
| 11:09:25 | 25 | Give me an amount, please. |

| | | |
|---|---|---|
| 11:09:27 | 1 | MS. MAHONEY: I'm sorry. Yes, Your Honor. |
| 11:09:30 | 2 | THE COURT: Wait. Did I enter a preliminary order |
| 11:09:34 | 3 | of forfeiture? |
| 11:10:00 | 4 | It shows a forfeiture by way -- this is moving for |
| 11:10:25 | 5 | an order forfeiting the following property, and it lists the |
| 11:10:30 | 6 | six properties. Well, it lists more than that. It lists |
| 11:10:40 | 7 | eight properties. |
| 11:10:42 | 8 | Why is there eight properties and as well as a money |
| 11:10:47 | 9 | judgment in the amount of $434,938? |
| 11:10:55 | 10 | The defendant also specifically agreed to the |
| 11:11:01 | 11 | forfeiture allegation. Do you remember that? |
| 11:11:07 | 12 | THE DEFENDANT: Yes, Your Honor. |
| 11:11:08 | 13 | THE COURT: Just barely, right? |
| 11:11:11 | 14 | THE DEFENDANT: Yeah. |
| 11:11:11 | 15 | MS. MAHONEY: Your Honor, I would agree to limit it |
| 11:11:13 | 16 | to the amount that has been found should be due in restitution |
| 11:11:16 | 17 | for this defendant, which is $50,764.37 for the order of |
| 11:11:27 | 18 | forfeiture as well as the restitution. |
| 11:11:28 | 19 | THE COURT: You mean enter the forfeiture in that |
| 11:11:33 | 20 | same amount? |
| 11:11:34 | 21 | MS. MAHONEY: Correct. Just to make things |
| 11:11:37 | 22 | hopefully simpler. |
| 11:11:38 | 23 | MS. NOURI: What was that total number? |
| 11:11:40 | 24 | MS. MAHONEY: It's $50,764.37, which is the amount |
| 11:11:46 | 25 | for the restitution. |

| | | |
|---|---|---|
| 11:11:47 | 1 | MS. NOURI:  Thank you. |
| 11:11:48 | 2 | THE COURT:  All right.  So we'll just show the |
| 11:11:58 | 3 | forfeiture in the same amount as the restitution. |
| 11:12:01 | 4 | All right.  Now having made the findings as to the |
| 11:12:07 | 5 | -- I need to make findings as to the Guidelines, and then |
| 11:12:10 | 6 | we'll take up the motion, the government's motion for downward |
| 11:12:13 | 7 | departure. |
| 11:12:13 | 8 | Is there any objections to the calculations of the |
| 11:12:17 | 9 | Guidelines in this case? |
| 11:12:19 | 10 | MS. MAHONEY:  No, Your Honor. |
| 11:12:20 | 11 | MS. NOURI:  No, Your Honor. |
| 11:12:20 | 12 | THE COURT:  Are there any by the defense? |
| 11:12:22 | 13 | MS. NOURI:  There are none. |
| 11:12:24 | 14 | THE COURT:  Then those are the Guidelines I'm |
| 11:12:26 | 15 | considering, but now let's take up the government's motion for |
| 11:12:32 | 16 | downward departure.  Ms. Mahoney? |
| 11:12:33 | 17 | MS. MAHONEY:  Yes, Your Honor.  I would urge this |
| 11:12:36 | 18 | Court to admit my motion for downward departure and grant the |
| 11:12:43 | 19 | motion.  Mr. Smith was the first of these conspirators to |
| 11:12:47 | 20 | admit his involvement. |
| 11:12:50 | 21 | Mr. Stamps is his brother-in-law, and in the |
| 11:12:54 | 22 | government's opinion, and I think this is borne out in the |
| 11:12:56 | 23 | presentence report investigation by probation, Mr. Stamps was |
| 11:13:00 | 24 | not only more culpable, but many multitudes more culpable than |
| 11:13:09 | 25 | any of the codefendants.  He engineered this entire scheme. |

11:13:12   1   He recruited the codefendants.  He led the scheme at every

11:13:16   2   level.  He was the primary person who profited from the

11:13:19   3   scheme.

11:13:19   4           I do not believe that the rest of the defendants

11:13:22   5   would have become involved without him, not to say that

11:13:25   6   they're not responsible for their actions, but just to say

11:13:27   7   that I think that goes to their future dangerousness.

11:13:30   8           Because Mr. Stamps was Mr. Smith's brother-in-law

11:13:35   9   when he, both, admitted his conduct and agreed to work

11:13:39   10   proactively with the police and wear a wire and cooperate,

11:13:44   11   that took some personal resolve and courage.

11:13:48   12           So for those reasons, Your Honor, I would urge the

11:13:51   13   Court to grant the motion for downward departure.  I would

11:13:53   14   recommend that Mr. Smith serve a sentence of probation and

11:13:58   15   then the restitution as laid out in the presentence report.

11:14:02   16           THE COURT:  Thank you.

11:14:05   17           Ms. Nouri, what's your position?

11:14:06   18           MS. NOURI:  Well, Your Honor, certainly we concur

11:14:09   19   with that, but I might add that I would predict at the end of

11:14:14   20   the day, the government had sent some forfeiture paperwork to

11:14:18   21   all defendants that they always do, not only has my client

11:14:22   22   filled it out, he has courteously provided the last six years

11:14:27   23   tax returns to the government, and he's paid his

11:14:30   24   one-hundred-dollar special assessment before court, Your

11:14:33   25   Honor.

11:14:33    1        He's a law-abiding citizen. He had, I would call

11:14:39    2    it, been hounded or been badgered by Joshua Stamps for several

11:14:44    3    months to participate in this. He finally succumbed. When he

11:14:49    4    was confronted by law enforcement, I believe he gave three

11:14:52    5    proffers. He wore a wire over several weeks or months.

11:14:56    6        He's very bright with numbers, which is evidenced by

11:15:02    7    his whole adult work career in the trucking industry, but I

11:15:06    8    would call him naive, gullible, and immature in a lot of ways.

11:15:11    9    He's easily influenced and, I would suspect, taken advantage

11:15:15   10    of.

11:15:15   11        I'm not minimizing his culpability, but I'm telling

11:15:19   12    you this guy will never reoffend, and I probably can only say

11:15:23   13    that two or three times in my career. I know this guy will

11:15:27   14    never commit another crime, but he's embarrassed. He feels

11:15:30   15    bad. He's got depression issues. He has a lack of affect all

11:15:35   16    the time when I'm with him, and this case has just made his

11:15:40   17    depression, I think, that much more prevalent and apparent.

11:15:45   18    But he's ready to get it behind him and move on, and he will

11:15:49   19    do whatever it is that probation would ask him to do, and he

11:15:53   20    will just continue working, and, you know, he will listen to

          21    what his probation officer says.

11:15:55   22        He lives with his mom, who is present, and we're not

11:15:59   23    going to have any problem with him and I don't think he'll

11:16:03   24    ever be so taken advantage of or easily influenced like that

11:16:08   25    ever again. This has cost him his pride that he didn't commit

| | | |
|---|---|---|
| 11:16:13 | 1 | crimes and now he's a felon. |
| 11:16:16 | 2 | THE COURT: All right. Mr. Smith, do you have any |
| 11:16:19 | 3 | statement to make before I pronounce a sentence on you? |
| 11:16:22 | 4 | THE DEFENDANT: Honestly, just, this was never a |
| 11:16:26 | 5 | place where I thought I would be in my life right now, and I |
| 11:16:30 | 6 | never thought I would be one to have a felon on my record or |
| 11:16:34 | 7 | felony on my record. And I've always done everything that I |
| 11:16:38 | 8 | can to provide for myself and to attain all that I could, to |
| 11:16:42 | 9 | do all for myself that I can and to be at a better place, to |
| 11:16:46 | 10 | make my family proud and friends proud. But I never thought I |
| 11:16:50 | 11 | would be here. I definitely will never do anything like this |
| 11:16:53 | 12 | again, and I can honestly say that this was definitely one of |
| 11:17:00 | 13 | the worst mistakes of my life, so ... |
| 11:17:03 | 14 | THE COURT: All right. Thank you, Mr. Smith. |
| 11:17:05 | 15 | Mr. Smith, I'm going to follow the government's |
| 11:17:08 | 16 | recommendation, and I'm going to place you on probation for a |
| 11:17:10 | 17 | period of three years under the supervision of the U.S. |
| 11:17:14 | 18 | Probation and Parole Office. |
| 11:17:15 | 19 | I'm going to find you do not have the ability to pay |
| 11:17:21 | 20 | a fine or any cost of incarceration now or in the future. |
| 11:17:27 | 21 | I will be entering the restitution judgment and |
| 11:17:30 | 22 | forfeiture judgment as -- now, is that really two different |
| 11:17:36 | 23 | amounts or the same amount? |
| 11:17:37 | 24 | MS. MAHONEY: It's the same amount. It is just via |
| 11:17:41 | 25 | two different forms. |

| | |
|---|---|
| 11:17:42 | 1 |
| 11:17:48 | 2 |
| 11:17:48 | 3 |
| 11:17:51 | 4 |
| 11:17:56 | 5 |
| 11:17:58 | 6 |
| 11:18:05 | 7 |
| 11:18:05 | 8 |
| 11:18:07 | 9 |
| 11:18:07 | 10 |
| 11:18:09 | 11 |
| 11:18:09 | 12 |
| 11:18:12 | 13 |
| 11:18:15 | 14 |
| 11:18:19 | 15 |
| 11:18:24 | 16 |
| 11:18:29 | 17 |
| 11:18:31 | 18 |
| 11:18:32 | 19 |
| 11:18:32 | 20 |
| 11:18:35 | 21 |
| 11:18:38 | 22 |
| 11:18:46 | 23 |
| 11:18:48 | 24 |
| 11:18:52 | 25 |

THE COURT:  Oh.  So does he owe $101,480 -- how much does he owe?

MS. MAHONEY:  Your Honor, I'm requesting only the 50,764.37 for his portion.

THE COURT:  I will enter a judgment of restitution and forfeiture combined, for a total amount of $50,764.54; is that correct?

MS. MAHONEY:  I think it's 37 cents.

THE COURT:  Pardon me?

MS. NOURI:  Thirty-seven.

MS. MAHONEY:  Thirty-seven.

MS. NOURI:  Point three-seven, Your Honor.

THE COURT:  Well, that is.  I wrote it down wrong. I wonder where I got that.

Mr. Smith, having advised you of the punishment I'm going to assess against you, do you have any reason why this judgment and sentence should not be formally pronounced upon you at this time?

THE DEFENDANT:  No, Your Honor.

THE COURT:  Allocution is granted to the defendant.

It is the judgment and sentence of this Court that defendant Michael Smith shall be placed -- stay imposing any sentence and place the defendant on probation for a period of three years under the supervision of the U.S. Probation and Parole Office.

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
| 11:18:52 | 1  | The Court finds the defendant does not have the                  |
| 11:18:56 | 2  | ability to pay a fine or any cost of incarceration.  Those       |
| 11:19:00 | 3  | items will be waived.                                            |
| 11:19:00 | 4  | The Court enters judgment against the defendant in               |
| 11:19:03 | 5  | the amount of one-hundred dollars, a special assessment          |
| 11:19:05 | 6  | judgment, which is a final judgment due and payable today.       |
| 11:19:08 | 7  | The Court enters a restitution and forfeiture                    |
| 11:19:13 | 8  | judgment of $50,764.37, that being a total amount owed for       |
| 11:19:23 | 9  | restitution and for forfeiture.                                  |
| 11:19:26 | 10 | Now, Mr. Smith, I'm placing you on probation for                 |
| 11:19:29 | 11 | three years.  You shall conform your conduct to the standard     |
| 11:19:32 | 12 | rules that are in place at the time -- well, now, because        |
| 11:19:37 | 13 | you're being placed on them now.  In addition to those           |
| 11:19:41 | 14 | standard conditions, I'm going to impose some special            |
| 11:19:45 | 15 | conditions:                                                      |
| 11:19:45 | 16 | Number one, you shall submit your person, any                    |
| 11:19:48 | 17 | property, house, residence, office, vehicle, papers, computer,   |
| 11:19:52 | 18 | or other electronic communication or data-storage devices to     |
| 11:19:56 | 19 | be searched by a U.S. probation officer at a reasonable time     |
| 11:19:59 | 20 | and in a reasonable manner, based upon reasonable suspicion of   |
| 11:20:05 | 21 | contraband or evidence of a violation of condition of release.   |
| 11:20:09 | 22 | Failure to submit to a search may be grounds for revocation of   |
| 11:20:12 | 23 | your supervised release, and you shall warn all other            |
| 11:20:14 | 24 | residents that the premises you occupy may be subject to         |
| 11:20:17 | 25 | search pursuant to this condition.                               |

11:20:19    1          Number two, you shall pay any restitution balance

11:20:24    2   prior to the final six months of supervision on a schedule to

11:20:27    3   be set by your probation officer.

11:20:28    4          Number three, you shall provide your probation

11:20:32    5   officer with access to any requested financial information.

11:20:36    6          And, number four, you shall not incur new credit

11:20:40    7   charges or open additional lines of credit without the

11:20:45    8   approval of the probation office.

11:20:46    9          This is the judgment and sentence of the Court,

11:20:50   10   considering the Sentencing Reform Act of 1984, considering the

           11   Guidelines as advisory, considering the factors under 18,

11:21:01   12   U.S.C., 3553, and, in particular, the nature and circumstances

11:21:03   13   of this offense and the history and the characteristics of

11:21:07   14   this defendant, to reflect the seriousness of the offense, to

11:21:11   15   promote respect for the law, and to provide just punishment

11:21:14   16   for the offense.

11:21:15   17          Now I need to advise you -- well, did you do any

11:21:27   18   time in jail?

11:21:28   19          THE DEFENDANT:  No, Your Honor.

11:21:29   20          THE COURT:  I need to advise you, you have

11:21:30   21   fourteen days from today to appeal this sentence or any ruling

11:21:33   22   I have made in imposing this judgment and sentence upon you.

11:21:37   23          Do you understand that?

11:21:37   24          THE DEFENDANT:  Yes, Your Honor.

11:21:38   25          THE COURT:  You're represented by Ms. Nouri.  Are

11:21:41    1    you satisfied with her acting as your attorney in this case?

11:21:43    2            THE DEFENDANT: Yes, Your Honor.

11:21:44    3            THE COURT: Has she done for you everything you've

11:21:47    4    asked her to do in regards to representing you in this case?

11:21:49    5            THE DEFENDANT: Yes, Your Honor.

11:21:50    6            THE COURT: Has she failed to do for you anything

11:21:51    7    you've asked her to do in acting as your attorney in this

11:21:54    8    case?

11:21:54    9            THE DEFENDANT: No, Your Honor.

11:21:55   10            THE COURT: Anything further on behalf of the

11:21:57   11    government?

11:21:57   12            MS. MAHONEY: Yes, Your Honor. I move to dismiss

11:22:01   13    Counts Fourteen and Sixteen pursuant to the plea agreement.

11:22:04   14            THE COURT: What did you say?

11:22:05   15            MS. MAHONEY: Counts Fourteen and Sixteen, I move to

11:22:09   16    dismiss.

11:22:09   17            THE COURT: Oh, I thought you said through. The

11:22:12   18    Court orders dismissed Counts Fourteen and Sixteen.

11:22:16   19            Probation, have I covered everything?

11:22:18   20            MR. SMITH: I think so, Your Honor, just the joint

11:22:21   21    and several language for restitution.

11:22:23   22            THE COURT: Restitution shall be joint and severally

11:22:25   23    with all the codefendants.

11:22:28   24            MR. SMITH: I have codefendant Joshua Stamps and Mr.

         25    Esquivel.

|  |  |  |
|---|---|---|
| 11:22:34 | 1 | THE COURT:  What? |
| 11:22:34 | 2 | MS. NOURI:  Stamps and Esquivel, Your Honor. |
| 11:22:36 | 3 | THE COURT:  Just the two? |
|  | 4 | MS. NOURI:  Yes. |
| 11:22:37 | 5 | MR. SMITH:  Yes. |
| 11:22:37 | 6 | THE COURT:  Joint and severally with Defendant |
| 11:22:41 | 7 | Stamps and Esquivel.  All right. |
| 11:22:44 | 8 | Mr. Smith, has anything gone on you don't |
| 11:22:47 | 9 | understand? |
| 11:22:48 | 10 | THE DEFENDANT:  No, Your Honor. |
| 11:22:49 | 11 | THE COURT:  I'm sitting up here trying to determine |
| 11:22:53 | 12 | if I need to -- Mr. Smith, I'm not sure there are any of the |
| 11:23:01 | 13 | other defendants that are going to get probation. |
| 11:23:05 | 14 | MS. MAHONEY:  Your Honor, I am recommending |
| 11:23:07 | 15 | probation for also Mr. Richard and Randy Stamps, so ... |
| 11:23:13 | 16 | THE COURT:  Oh, okay.  All right. |
| 11:23:14 | 17 | MS. MAHONEY:  Of course, it's up to the Court. |
| 11:23:16 | 18 | THE COURT:  Well, I was going to suggest -- |
| 11:23:18 | 19 | MS. NOURI:  May I withdraw Document 159, Your Honor? |
| 11:23:22 | 20 | THE COURT:  Yes, if we can find it.  Is that this |
| 11:23:26 | 21 | order? |
| 11:23:26 | 22 | MS. NOURI:  Yes. |
| 11:23:27 | 23 | THE COURT:  I thought Ms. Mahoney supplied that. |
| 11:23:30 | 24 | MS. NOURI:  Thank you. |
| 11:23:31 | 25 | THE COURT:  All right.  Anything further by anyone? |

| | |
|---|---|
| 11:23:36 | 1 |
| 11:23:37 | 2 |
| 11:23:40 | 3 |
| 11:23:45 | 4 |
| 11:23:49 | 5 |
| 11:23:54 | 6 |
| 11:24:00 | 7 |
| 11:24:04 | 8 |
| 11:24:05 | 9 |
| 11:24:06 | 10 |
| 11:24:08 | 11 |
| 11:24:09 | 12 |
| 11:24:10 | 13 |
| 11:24:12 | 14 |
| 11:24:13 | 15 |
| 11:24:15 | 16 |
| 11:24:17 | 17 |
| 11:24:18 | 18 |
| | 19 |
| | 20 |

MS. MAHONEY:  No, thank you, Your Honor.

THE COURT:  The only thing I was getting ready to say, Mr. Smith, I don't know where you live or if you have any contact with the family of other defendants in this case, but you might be a little careful about discussing with other individuals about -- related to getting probation out of this case, because it doesn't happen very often and it might not be well received.

THE DEFENDANT:  Yes, Your Honor.

THE COURT:  And I think your attorney can tell you about that.  All right?

THE DEFENDANT:  Thank you, Your Honor.

THE COURT:  Probation, do you need to see him before he leaves?

MR. SMITH:  We'll take care of it.

THE COURT:  All right.  Thank you.  Good luck to you, Mr. Smith.

MS. NOURI:  Thank you.

*(The hearing concluded at 11:24 a.m.)*

\* \* \* \* \*

1                          CERTIFICATE

2          I, Sandra D. Lamken, Registered Professional Reporter,
    duly appointed, qualified, and official court reporter for the
3   United States District Court, Western District of Missouri, do
    hereby certify that the foregoing is a correct transcript from
4   the stenographically reported proceedings in the
    above-entitled matter.  The proceedings were reported in
5   mechanical and computer stenography and transcribed by
    computer.

6

7                          /S/Sandra D. Lamken
                           Sandra D. Lamken, RPR
8                          Federal Official Court Reporter

9                          Date:  May 16, 2016

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25