IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00319-03-CR-W-HFS |
| | ) | |
| MICHAEL SMITH | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant has requested, without any stated reason, early discharge from supervised release. The government notes the probation officer's comments that while defendant has generally adjusted positively to supervision, there is no compelling reason to release defendant from supervision early; though, she would consider a request for transfer of supervision to another district.

Accordingly, it is hereby

ORDERED that defendant's motion for early discharge from supervised release (ECF doc. 262) is DENIED.

/s/ Howard F. Smith
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

August 18, 2017

Kansas City, Missouri